UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 04-10084-JLT |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1.  BRIAN WATERS, | ) |
| 2.  DETRICK WASHINGTON, | ) 21 U.S.C. § 846 - Conspiracy to |
| 3.  SCOTT HOLYOKE | ) Distribute and to Possess With |
| | ) Intent to Distribute Methampheta- |
| | ) mine |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) - |
| | ) Possession with Intent to |
| | ) Distribute and Distribution |
| | ) of Methamphetamine |
| | ) |
| | ) 18 U.S.C. § 2 - Aiding and |
| | ) Abetting |

**INDICTMENT**

COUNT ONE:    (Title 21, United States Code, Section 846 -
              Conspiracy to Distribute, and to Possess with
              Intent to Distribute, Methamphetamine)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about November 2003, and continuing thereafter until in or about March 2004, at Boston, South Boston, Jamaica Plain, Rockland, and elsewhere in the District of Massachusetts, in San Francisco and elsewhere in the Northern District of California, and elsewhere,

BRIAN WATERS,
DETRICK WASHINGTON, and
SCOTT HOLYOKE,

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and

to possess with intent to distribute, methamphetamine, a Schedule II controlled substance, in violation of 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

**COUNT TWO:**     (21 United States Code, Section 841(a)(1) -
Possession with Intent to Distribute and
Distribution of Methamphetamine; 18 United States
Code, Section 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about February 12, 2004, at Rockland and elsewhere in the District of Massachusetts, and elsewhere,

> BRIAN WATERS,
> DETRICK WASHINGTON, and
> SCOTT HOLYOKE

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of methamphetamine, a Schedule II controlled substance.

The Grand Jury further charges that the offense alleged in this Count involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 25, 2004
Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

3/25/04 @ 12:10pm