UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10084-JLT |
| ) | |
| BRIAN WATERS et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO
## CONTINUE STATUS HEARING AND EXLUDE TIME

The United States, by and through its undersigned attorneys, and defendants Detrick Washington and Scott Holyoke, by and through their respective attorneys, hereby move the Court (2) to continue the status hearing scheduled for October 4, 2004, for a period of 60 days and (2) to exclude from the Speedy Trial Act calculations the time between November 4, 2004, and the next status conference.  As grounds therefor, the parties state as follows:

1.   The defendants are charged in a two-count indictment with conspiracy to distribute, and to possess with intent to distribute, methamphetamine (Count One) and possession with intent to distribute and distribution of methamphetamine (Count Two).  Under both 21 U.S.C. § 841(b)(1) and the sentencing guidelines, the defendants' s sentences if convicted will depend in large part on the purity of the methamphetamine and on the defendants' criminal histories.  For example, if the methamphetamine is more than 85% pure, it could increase the defendants' sentences by a factor of 10.  Similarly, if either

defendant has a prior drug felony conviction or is a career offender, it could increase that defendant's sentence significantly.

    2.    The methamphetamine seized in this case has not yet been analyzed because it was initially submitted to a Massachusetts laboratory that is not equipped to test methamphetamine for purity. The methamphetamine has been resubmitted to a Drug Enforcement Administration laboratory for reanalysis, but that process is not yet complete.

    3.    Defendant Detrick Washington's criminal record includes multiple arrests and/or convictions in a number of different California state courts. It is impossible to assemble a completely accurate picture of Washington's criminal history without obtaining court records from each of those cases. The records have been requested but have not yet been received.

    4.    The parties believe that the drug-purity and criminal-history information discussed in this motion will likely be received within the next 60 days.

    5.    Accordingly, the parties hereby jointly move the Court (1) to continue the November 4, 2004, status conference for a period of 60 days and (2)enter an Order of Excludable Delay for the period from November 4, 2004, to the date of the rescheduled status conference, pursuant to 18 U.S.C. § 3161(h), on the ground that the ends of justice served by allowing the parties to obtain

and review critical information outweigh the best interests of the public and the defendants in a speedy trial.

        Respectfully submitted,

| | |
|---|---|
| SCOTT HOLYOKE<br>By his attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Paige Kelly<br>Paige Kelly, Esq.<br>FPDS<br>Atlantic Avenue<br>Boston, MA 02110<br>(617) 223-8061 | By: /s/ William Weinreb<br>    William D. Weinreb<br>    Assistant U.S. Attorney<br>    United States Courthouse<br>    One Courthouse Way<br>    Boston, MA 02210<br>    617-748-3222 |

DETRICK WASHINGTON
By his attorney

/s/ Keith Halpern
Keith S. Halpern, Esq.
4 Longfellow Place, Ste. 3703
Boston, MA 02114