UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 11  P 1: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10084-JLT |
| ) | |
| BRIAN WATERS, ET AL. ) | |

## NOTICE OF APPEARANCE

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of her appearance as government counsel in the above captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Cynthia W. Lie
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3183

March 11, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have caused to be served upon counsel of record for the defendants a copy of the foregoing document by first-class mail this 11th day of March, 2005.

_____
CYNTHIA W. LIE
ASSISTANT UNITED STATES ATTORNEY