UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10084-JLT |
| **BRIAN WATERS, ET AL.** | ) ) | |

## NOTICE OF APPEARANCE

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States in the captioned matter.

                       Respectfully submitted,

                       MICHAEL J. SULLIVAN
                       United States Attorney

          By:
               */s/: Nancy Rue*
               NANCY RUE
               Assistant U.S. Attorney
               (617) 748-3260

Dated: August 4, 2005

**CERTIFICATE OF SERVICE**

    This is to certify that I have served upon counsel of record for the defendant a copy of the foregoing document by first-class mail this 4th day of August, 2005.

                                        */s/: Nancy Rue*
                                        NANCY RUE
                                        Assistant U.S. Attorney