BRIAN DICKIE WATERS
FCI HERLONG
P.O. BOX 800
HERLONG, CA 96113

FILED
CLERKS OFFICE

2007 FEB 26  P 5: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br>vs.<br><br>BRIAN DICKIE WATERS,<br><br>    Defendant-Appellant. | 04-CR-10084-JLT<br><br>APPELLANT'S DEMAND FOR FINAL DISPOSITION<br>(18 U.S.C. APP. §2)<br><br>PRO-SE |

Defendant Brian Dickie Waters requests a final disposition of the charges pending against him in Case No. 04-CR 10084-JLT, pending in the district of Massachusetts, pursuant to the provisions of the Interstate Agreement on Detainers, 18 U.S.C. App. § 2, Article III(a).

Defendant is currently in the custody of the Attorney General of the United States, serving a criminal sentence of 130 months' imprisonment at FCI Herlong, P.O. Box 800, Herlong, CA 96113. His federal register number is 93432-011. That

1

sentence derives from case number CR 04-107-JSW, from the United States District Court for the Northern District of California.

Dated: February 20, 2007

Respectfully submitted,

*[signature]*
BRIAN WATERS

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States, over the age of 18 years and a party to the within cause.

On February 20, 2007, I served a copy of the attached

Request for Final Disposition of Indictment

upon the interested parties herein, by personally delivering a copy to

Warden
FCI Herlong

and by causing a true and correct copy of said documents to be enclosed in a sealed envelope and deposited in the prison mailbox at Herlong, California, addressed as follows:

Office of the United States Attorney
United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

Clerk
United States District Court
United States Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210-3002

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2007.

Brian Waters
93432-011

PRO-SE