UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10084-JLT |
| | ) | |
| BRIAN WATERS, et al. | ) | |

**NOTICE OF APPEARANCE**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                        By:  */s/ Sandra S. Bower*
                                    SANDRA S. BOWER
                                    Assistant U.S. Attorney
                                    United States Attorney's Office
                                    One Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    (617) 748-3184

Dated: June 29, 2007

CERTIFICATE OF SERVICE

    I, Sandra S. Bower, do hereby certify that I caused a copy of the foregoing to be served by electronic filing and first-class mail, postage paid, upon counsel of record.

                                              /s/: *Sandra S. Bower*
                                              SANDRA S. BOWER
                                              Assistant U.S. Attorney

Dated: June 29, 2007