UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>BRIAN WATERS,          )<br>DETRICK WASHINGTON,          )<br>          Defendants.          ) | CRIMINAL NO. 04-10084-JLT |

## MOTION FOR STATUS CONFERENCE

The United States of America respectfully requests the Court to schedule a status conference in the above case and states the following in support of this request:

1) Defendants Waters and Washington were charged (along with a third defendant) in a two-count Indictment returned in this district in March 2004.  Defendant Waters has never appeared in this district and is currently serving a 130-month federal sentence in California. Defendant Washington has appeared in this district and the government and counsel for the defendant have been attempting to resolve the case short of trial.  The government and counsel for defendant Washington have a pending motion for exclusion of time under the Speedy Trial Act through June 15, 2007, and have this day also filed an assented-to motion for exclusion of time through October 1, 2007.   The third defendant has pleaded guilty and is awaiting sentencing.

2) A recent review of the docket indicates that Defendant Waters filed a pro se "Demand for Final Disposition" of the case, purporting to be a demand for speedy trial under the Interstate Agreement on Detainers, which was docketed in this district on February 26, 2007.  Although it

is unclear if Defendant Waters has complied with the technical requirements of the IAD in making this demand, the government nonetheless requests the Court to schedule a status conference to address these matters, including scheduling Defendant Waters' arraignment, appointment of counsel and scheduling of pre-trial matters.

3) The government has conferred with Keith Halpern, Esq., counsel for Defendant Washington, and advises the Court for scheduling purposes that Attorney Halpern will be out of the office from August 18 through September 3, 2007, with limited availability prior to August 18.

WHEREFORE, the government respectfully requests the Court to schedule a status conference in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Sandra S. Bower
Assistant U.S. Attorney

DATE: August 9, 2007

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 9, 2007.