UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10084-JLT |
| | ) | |
| BRIAN WATERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ISSUANCE OF
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America respectfully requests the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the appearance in this district of the above-named defendant. In support of this request, the government states the following:

1) Defendant Brian Waters, Reg. No. 93432-011, is presently serving a federal sentence at FCI Herlong, Federal Correctional Institution, 741-925 Access Road A-25, Herlong, CA. The telephone number there is (530) 827-8000 and the facsimile number is (530) 827-8024.

2) Waters is charged in this district by Indictment.

3) The government requests that the Defendant be brought here and then retained in federal custody in this district until resolution of these federal charges against him.

4) A proposed Writ is attached to this motion.

WHEREFORE, the government respectfully requests the Court to issue a Writ of Habeas Corpus Ad Prosequendum so that the Defendant may be brought to this district to answer the charges against him.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Sandra S. Bower
    Assistant U.S. Attorney

DATE: August 10, 2007

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 10, 2007.