UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## HABEAS CORPUS AD PROSEQUENDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS**, or any of his deputies and to:

**WARDEN**
**FCI Herlong**
**Federal Correctional Institution**
741-925 Access Road A-25
Herlong, CA 96113
(530) 827-8000 (ph)
(530) 827-8024 (fax)

**YOU ARE COMMANDED** to have the body of **BRIAN WATERS, Reg. No. 93432-011**, now in your custody, before the United States District Court for the District of Massachusetts at Boston on 9/20/, 2007 at 9:00 a.m./p.m for the purpose of an arraignment in Courtroom 15, 5th Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, in the case of *United States v. Brian Waters, et al.*, 04-CR-10084-JLT. And you are to retain the body of said **BRIAN WATERS** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 16th day of August, 2007.

*Judith Gail Dein*
**JUDITH G. DEIN**
**United States Magistrate Judge**

SARAH ALLISON THORTON
By: *Thomas F. Quinn*
Deputy Clerk

Requested by AUSA Sandra S. Bower