IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10084-JLT |
| BRIAN WATERS ) | |

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States and counsel for Defendant BRIAN WATERS file this Joint Memorandum Pursuant to Local Rule 116.5(A) as follows:

1) Counsel for Defendant Waters requests two additional weeks to make discovery requests pursuant to Local Rule 116.3. The government does not object to this request.

2) The parties anticipate that expert testimony will be required concerning the analysis of the drugs seized in connection with this case. The government agrees to produce expert discovery no later than 28 days prior to trial and the defendant will provide reciprocal discovery, if any, 14 days before trial.

3) As noted in paragraph 1, counsel for defendant has requested additional time to review the discovery provided and make any additional requests. Thus, it is unknown at this time whether the parties will be providing additional discovery as a result of future receipt of information, documents, or reports of examinations or tests.

4) The parties request that the setting of a motions date be deferred pending completion of discovery.

5) The Court has previously entered an order excluding the period of September 20, 2007 through November 1, 2007. The parties agree that the period between November 1, 2007, and the date of the next status conference, as requested in ¶7, also should be excluded for Speedy Trial purposes.

6) The parties believe that it is likely this case will be resolved by plea and that no trial will be necessary. If the case does go to trial, the parties estimate it would last about 5 to 7 trial days.

7) The parties request that another status conference be scheduled in December. The parties expect that discovery will be complete at that time, or that the issues will be identified, and to know whether a plea is likely.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:/s/Sandra S. Bower for     By:  /s/ Sandra S. Bower
   WILLIAM M. WHITE, Jr., Esq.       SANDRA S. BOWER
   Counsel for Defendant              Assistant U.S. Attorney
   One Fanueil Hall Marketplace     1 Courthouse Way, Suite 9200
   3rd Floor                               Boston, MA 02210
   Boston, MA 02210                   617-748-3184
   (617) 720-2002