UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10084-JLT

UNITED STATES OF AMERICA

v.

BRIAN WATERS

**FURTHER ORDER ON EXCLUDABLE TIME**

November 1, 2007

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 1, 2007 through December 18, 2007,

that being the period between the expiration of the initial order on excludable time and the next status conference.

Based upon the prior order of the court dated September 20, 2007 and this order, at the time of the Final Status Conference on December 18, 2007 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

       / s / Judith Gail Dein
       JUDITH GAIL DEIN
       United States Magistrate Judge