IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
         v.                   )
                              )    CRIMINAL NO. 04-10084-JLT
BRIAN WATERS                  )


## JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States and counsel for Defendant BRIAN WATERS file this Joint Memorandum Pursuant to Local Rule 116.5(C) as follows:

1) There are no outstanding discovery issues.

2) The parties do not anticipate providing additional discovery.

3) The defendant does not intend to raise a defense of insanity or public authority.

4) The government has not requested notice of alibi.

5) The defendant does not intend to file any motions.

6) There is no need to schedule any matter other than trial.

7) The parties have discussed resolution of the case without trial and represent to the Court that the defendant intends to enter a guilty plea.

8) The Court has previously entered orders excluding the periods of September 20 through December 18, 2007.  As of December 18, 2007,

there are zero days of non-excludable time under the Speedy Trial Act and seventy days remain within which the case must be tried.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:/s/Sandra S. Bower for     By: /s/ Sandra S. Bower
   WILLIAM M. WHITE, Jr., Esq.      SANDRA S. BOWER
   Counsel for Defendant            Assistant U.S. Attorney
   One Fanueil Hall Marketplace    1 Courthouse Way, Suite 9200
   3rd Floor                              Boston, MA 02210
   Boston, MA 02210                617-748-3184
   (617) 720-2002