UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
04-10084-JLT

UNITED STATES OF AMERICA

v.

BRIAN WATERS

**FINAL STATUS REPORT**

December 18, 2007

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, December 18, 2007 pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report and orders, to wit:

1. The defendant intends to enter a plea, and requests that the District Judge schedule a Rule 11 hearing at the court's earliest convenience.

2. There is no outstanding discovery.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior order of the court dated September 20, 2007 and November 1, 2007, at the time of the Final Status Conference on December 18, 2007 there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.[1]

---

[1] Additionally, however, the parties having reported that the defendant has indicated an intention to enter a plea of guilty, this court hereby orders the entry of excludable time, pursuant to the provisions of 18 U.S.C. § 3161(h)(1), commencing on this date, and concluding at the time the defendant offers a plea or unequivocally communicates to the court that the defendant does not intend to offer a plea of guilty. See United States v. Mentz, 840 F.2d 315, 330-31 (6th Cir. 1988).

5.  The parties do not anticipate a trial.

6.  The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

            / s / Judith Gail Dein
            JUDITH GAIL DEIN
            UNITED STATES MAGISTRATE JUDGE