

Law Offices of
**William M. White, Jr.**
AND ASSOCIATES, LLC



April 7, 2008

Zita Lovett, Courtroom Clerk to
Honorable Joseph L. Tauro
United States District Court
One Courthouse Way
Boston, MA 02210

> RE: United States v. Brian Waters
> Indictment No. 04-10084 - JLT
> REQUEST FOR CONTINUANCE

Dear Ms. Lovett:

Per our conversation today, this letter is to memorialize my request for a continuance of the above matter to the date we discussed, May 20, 2008 at 2:15 P.M. I have discussed the matter with AUSA Sandra Bower and the proposed date is agreeable with her schedule. The reason for the continuance is that I have been on trial before Judge Gertner in the matter of *Drumgold v. Callahan, et al*, since March 3, 2008 and I do not believe that, in fairness to Mr. Waters, I am prepared to go forward at this time. His case presents a developing issue with regard to the drug weight and also objections that need to be made to the presentence report.

Thank you.

Very truly yours,

William M. White, Jr.

WMW:w

CC: Sandra Bower, Assistant
United States Attorney
Brian Waters