UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | CRIMINAL INFORMATION |
| V. | ) | NO.  04-10084 JLT |
| | ) | |
| BRIAN DICKIE WATERS | ) | |

**DEFENDANT BRIAN DICKIE WATERS'** *EX PARTE*
**MOTION FOR FUNDS TO HIRE CHEMIST TO WEIGH CONTROLLED SUBSTANCE**

Now comes the Defendant Brian Waters in the above-captioned matter and moves this court for funds not to exceed $2,500 to hire and consult with a qualified chemist regarding the weight of the substance allegedly involved in the indictment, and to have the chemist weigh the controlled substance in the government's possession to determine the weight of that substance.

As reason therefore, Mr. Waters says the following:

1) Mr. Waters was arrested in March of 2004 and charged with the offenses to which he has pleaded guilty;

2) The substance involved is methamphetamine;

3) The quantity is alleged to be in excess of 500 grams, specifically, 532 grams;

4) Mr. Waters was originally prosecuted for related offense conduct in the Northern District of California, No. CR 04-0107 (JSW);

5) While Mr. Waters was being prosecuted in the N.D. of California, there were discussions with the Boston Office of the U.S. Attorney relative to joining the two prosecutions in California;

6) Ultimately the two prosecutions were not joined and, on May 18, 2006, Mr. Waters was sentenced for his related conduct there;

2

7) Mr. Waters subsequently moved, *pro se*, to be returned to the District of Massachusetts to address the District of Massachusetts charges;

8) In the above-captioned matter, Mr. Waters has been interviewed by US Probation and a Presentence Report has been prepared;

9) The PSR calculates the adjusted base offense level at 35 and the Criminal History Category at III;

10) As calculated, the guidelines range is 210-262 months;

11) If the proposed chemist weighs the substance and determines the weight to be less than 500 grams, the base offense level would potentially be reduced by one criminal history point to level 34, which, using the same categories, would produce a sentencing range of 168 – 210 months, a difference of 42 months.

12) Mr. Waters has been determined to be indigent and is otherwise unable to hire his own chemist.

Respectfully submitted,

**/S/ William M. White, Jr.**
WILLIAM M. WHITE, JR.
BBO#: 546283
William M. White, Jr. and Associates, LLC
One Faneuil Hall Marketplace, 3rd Floor
Boston, MA  02109
(617) 720-2002

**Dated:  April 11, 2008**

3

## CERTIFICATE OF SERVICE

      I, William M. White, Jr., do hereby certify that this document filed thorough the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2008.

                                                                       _____

                                                                         William M. White, Jr.
                                                                         Date:  4/11/08