# Certificate of Completion

*Awarded to*

*Brian Dickie Waters*

*For completing the 6 weeks Course of AA/NA Class*
*FDC Dublin, California*
*December 1, 2004*

**Congratulations!**

M. T. Rivas
Counselor

Mr. Wilcox
SOE



# Certificate of Achievement

presented to

**BRIAN DICKIE WATERS**

IN RECOGNITION OF HAVING MET THE REQUIREMENTS OF PARTICIPATION AND PRESCRIBED STUDIES IN THE

**SEMINAR OF CHRISTIAN DISCIPLESHIP**

SEMINAR: Glenn E. Dyer

ON THIS 12th DAY OF August YEAR 2004

PRESIDENT
AREA DIRECTOR

CHAPLAIN
INSTRUCTOR

**FOLLOW UP MINISTRIES, INC.**

# Neighborhood
## BAPTIST CHURCH

October 6, 2005

Re:          Brian Watters
            93432-011

To Whom It May Concern:

I'm writing this letter on behalf of Mr. Brian Watters. I have known Brian for most of his life, since he was about 10 years old. I have seen him develop and mature from a youth to an adult.

The purpose of this letter is to offer my continual support for Brian, not only his pastor, but also as a member of his family (I am married to his cousin). I am aware of the situation and circumstances he is currently dealing with, and I am disappointed with the choices he has made. Nevertheless, I want to acknowledge the potential which remains dormant within him.

I'm very confident that with the proper guidance and mentoring, his potential will be brought out, and Brian will make a meaningful contribution not only to his community, but also to those whom he encounters.

It is very unfortunate today, that many African-Americans males have fallen prey to the myriad of issues plaguing our communities and nation. Yet, we cannot give up hope! And I have not given up hope on Brian.

Should you have any questions, please feel free to contact me.

Sincerely yours,

*Lane Hawkins*

Pastor Lane Hawkins
Neighborhood Baptist Church

608 HAYES STREET SAN FRANCISCO, CA 94102
PHONE: 415.621.8748
FAX:     415.621.2214

CELEBRATING HIS PRESENCE - SHARING HIS LOVE - EDUCATING HIS PEOPLE - ENLARGING HIS KINGDOM