June 24, 2008

U.S. District Court
1 Courthouse Way
Boston, MA 02210
Judge: Honorable Joseph Tauro

**Re: Brian D. Waters (93432-011)**

Dear Judge Tauro:

My name is Brian Waters and my Federal Number is 93432-011. I am writing you this letter in hope of giving you a better understanding of myself as a person "then and now" four years later. First, I would like to say thank you for accepting and reading my letter and the letters from my family and friends.

Growing up I wanted to be a firefighter or NBA player. That was my dream. Well, that dream was lost when I got in trouble at age 16. Everything changed for me. Coming home at age 19, I had no high school diploma and no idea of what to do with my life. For the next four years I worked odd jobs just trying to support myself and stay out of trouble. I was on my own, living in the basement of my mother's house. I had to pay rent, bills and help support my mother and myself.

Along the way I had two children and started an event promoting company with a friend. The first year and a half we did not do that well. But over time we began to profit enough just to pay the some of the bills. The real problem with a little success in the entertainment business is the drugs. I started using ecstasy and cocaine. That's when everything went wrong. All I wanted to do was get high and party. That was the lifestyle I was living. Along the way, I saw by selling drugs, I could pay for the drugs I used and make money.

A lot of people said I changed right before their eyes. The responsible, hard-working father and good friend was now a drug using, drug dealer that "parties" every night. The more money I made, the more drugs I used- from cocaine, ecstasy and GHB, to alcohol, mushrooms and ketanine. This was my life for 5 years- every day, every night- parties, money and drugs.

At times, I can't believe I'm still alive. I should have overdosed many times with the amount and combination of drugs I was using and the different pills I used to try to sleep.

I truly believe that incarceration has saved my life. With that said your Honor, four years later I can see clearly now that I have been drug free, even in an environment in which drugs are easy to get. I see now where I went wrong. I know what to stay away from. When I tell you that I have changed my life, I can say that and mean it, from a clean mind and heart.

I have taken advantage of every rehabilitation program my prisons have had to offer. I've taken drug awareness classes, as well as violence and anger management classes. I have also renewed my relationship with Jesus Christ. I still hope to take the live-in-drug program as well. I have also taken classes to better prepare myself to be successful when I do re-enter society. I have taken computer classes, real-estate classes, business 101 and a financial stock market class. Also, while incarcerated, I received my G.E.D. and plan to continue my education through my sentence and when I am released.

Your Honor, I know that all the life changes I made still does not change the fact that I broke the law and chose to use the poison I was selling. For this I am truly sorry. I hurt a lot of people, including myself. The remorse I feel truly comes from the heart of a changed man. When I think back over the things I have done in my life, I am ashamed of myself. My mother raised me better than that. I only pray now that I make it back to her before she dies so that I may show her the changed man I am- so that I can make her proud of me again.

Respectfully,
Brian Waters

Jocelyn Vila
1551 Southgate Ave #239
Daly City, CA 94015

May 6, 2008

U.S. District Court
1 Courthouse Way
Boston, MA 02210
Judge: Honorable Joseph Tauro

**Re:  Brian D. Waters (93432-011)**

Dear Judge Tauro:

    I am writing on behalf of Brian D. Waters, I have known Brian for over twelve years and during these years; I have known Brian to be a loving father, caring son and a supportive friend. Brian is one of my closest friends – I consider him to be a part of my family – he is like a brother to me. During my friendship with Brian, we have seen each other go through life's many challenges. We have supported each other through times of adversity, comforted each other in times of sorrow, but have also shared many happy times together.

    Brian epitomizes the definition of a "true" friend. Anyone who knows Brian can attest to his generous, giving and loving spirit. In times of need, Brian is always there for his family and friends. Even now, with all the Brian is facing, he still finds the time to be a caring friend. It truly amazes me that in spite of what Brian is currently going through, his compassion and sympathy for others remain.

    Through the years, I have watched Brian be a loving and supportive father to his son and daughter. Brian, being raised by a single mother knows the importance of having a father, or more specifically – the lack of not having a father. Brian makes every effort to be an active part in his children's lives. In spite of the difficulties of sharing custody of his children, Brian always made every effort to spend time with his children. The absence of Brian in their lives is something that deeply saddens them and Brian.

    Brian is also a loving son. Brian was raised by a single mother. I know that Brian's relationship with his mother is something very special to him. Taking responsibility of his mom's well being and security is something that he does not take lightly. Brian learned at an early age how to be a hard worker, being a high school drop out forced him to take whatever job he could to help support himself and his mother. The experience of caring for his mom taught Brian how to be responsible, independent and instilled in him the value of helping others. These values are evident in Brian's relationships with his children, family and friends.

    My heart is saddened when I think about the changes Brian's life took. Brian's drug use led to the mistakes he has made.

    During these past four years I have witnessed Brian make many changes to become a more positive and productive person. I know that while incarcerated he has taken every opportunity to participate in rehabilitation programs. He has completed classes in violence and anger management and drug awareness. He has also taken classes to help gain work related skills to help him when he comes home. He has taken business, real estate, financial planning and computer classes. Also, since this ordeal, Brian's faith in religion has been reinforced and his relationships with his family and friends have been strengthened.

    In addition, Brian also received his G.E.D. while incarcerated. This was a very proud moment for Brian, his family and friends. While being clean and sober, Brian has realized that education is a pathway to a more prosperous and productive life. My conversations with Brian during these past four years have been centered on his heartfelt remorse for all his mistakes.

Brian D. Waters (93432-011)
Honorable Joseph Tauro
Character Letter, Pg. 2

Your Honor, please be assured that by facing the consequences of his actions, Brian has learned from his mistakes. I believe with all my heart that Brian is truly deserving of a second chance. I sincerely ask the Court to please show leniency when determining Brian's sentence. Please show mercy on my friend.

I would also like to reassure the Court that I, along with his family and friends will be here to support Brian when he comes home. If given a second chance, I have no doubt that Brian will make positive contributions to our society. As a graduate student pursuing my Master's Degree in Education, I will help guide and support Brian to pursue his education to better his life and make more positive choices.

I respectfully ask the Court to please take into consideration the above examples of Brian's good moral character and values when determining his sentence. I truly feel that Brian has much more good to do and give in our society. This experience has profoundly changed Brian. During the last four years, Brian expresses great remorse for his actions and has learned from his mistakes.

If you have any questions or concerns, please feel free to contact me at 510-872-8501. Thank you in advance for taking the time to read my letter.

Sincerely,

*Jocelyn Vila*

Jocelyn Vila

Michael C. Brown
583 Campbell Avenue
San Francisco, CA 94134

April 1, 2008

U.S. District Court
1 Courthouse Way
Boston, MA 02210
Judge: Honorable Joseph Tauro

**Re: Brian D. Waters (93432-011)**

Dear Judge Tauro:

I am writing on behalf of Brian D. Waters. I have known Brian for almost thirteen years, and through the years I have known him to be one of my closest and most supportive friends and a great father to his children as well.

As a friend, Brian has been sincerely supportive since the moment our friendship began. When we first met, I was just beginning school at City College of San Francisco. At only nineteen years of age, Brian and other friends of mine did a lot of "hanging out." Brian was one of the few who would constantly remind me of my educational obligations and never hesitated to encourage me to do well by commending me for my potential. His taking such an interest, and helping me to focus was deeply appreciated and a huge part of my accomplishments, as it is sometimes hard to find such encouraging and supportive friends.

Eventually, Brian and I decided to start our own business. We began an event planning company in San Francisco nightclubs. Unfortunately, with its' success, came its' danger. The nightlife was riddled with drugs and alcohol. This proved socially fatal for Brian as I saw the Brian I knew and counted on, gripped by the drugs, alcohol and bad company. Slowly but surely, Brian was drowning in a world in which he had completely lost control. The drug use, lead to drug dealing; and the more drugs he used, the more he needed, and so fell the Brian I knew. It was heart-breaking to see him like this, to watch him abandon his responsibilities and lose himself altogether.

Before the drugs and "partying," Brian was a father, friend and confidant first. And now, since his incarceration, when we speak I hear and feel the same man I met 13 years ago. He has sincerely returned to the Brian I love and respect. He tells me about all the programs he is taking with such enthusiasm, and we discuss the goals he has set for himself when he is freed. The fact is, he now sees, sober and cleared-eyed, that he is, in a sense, freer now than he was on the outside. He could not be more remorseful and sincere in his promise to better himself when given the opportunity. We have cried together over this, and have promised each other that we will see to it that this is the last time he ever fall victim to such a dangerous game. His life offers so much more. And now he knows it.

Please take my request of mercy sincerely, and please believe that he needs and deserves a second chance. Make no mistake – Brian's criminal recklessness does not negate his virtue. I respectfully ask the Court to take all I've written into consideration and to please have mercy on my best friend.

If you have any questions, please do not hesitate to contact me at 415-235-5521.

Respectfully,

*Michael Brown*

Michael C. Brown

Monday, March 31, 2008

Honorable Judge Joseph Tauro
U.S. District Court
1 Courthouse Way
Boston, MA 02210
Re: Brian Waters

Your Honor, this letter reaches you in regards to one of my long standing clients, which later became a valued friend, Brian Waters.  With all the bad decisions in life that one might take, Brian obviously made a decision that ended him up in your courtroom this month... but I believe that Brian Waters is a person that should be able to live a life, with the end note of that life being something positive.

Myself being the owner of a San Francisco based graphic design and print establishment, Brian was a valued client of mine, as I produced a business identity and marketing materials for a company that I saw Brian had a great passion for.  Over the years, as I got to know Brian, I realized that this guy is a very intelligent, strong-willed, very opinionated individual and was unique in everything he did.  He wasn't a follower, wasn't a slacker, knew when he was wrong and wasn't afraid to say "I'm sorry".  Brian was someone that I believe knew what he wanted and strived to reach goals.  Now were those goals all positive, signs point to no. I think a heavy "party lifestyle" threw him a different direction in life and caused him to make some bad decisions.

But I ask myself, "Does this world (or Brian), benefit from Brian being locked up for the rest of his adult life?" And my answer is definitely "No".

He was a great provider and is a great person.  I can remember Brian bringing over his eldest child to my office when he had to get something done.  Brian didn't want a babysitter, because he knew after he was finished at my office, he was going to do something special with his boy.  Brian's mother used to call Brian when she was in need, and no matter what - Brian would make sure she was at ease before he hung up.  Looking back, his girlfriend (or girlfriends) were always telling me how sweet he was. I know that Brian is the type never to hit a female and didn't see true a violent soul in him.  His business partner (which I also know well), knew that Brian would take care of all his responsibilities and over the years, I could tell that their company looked strong.

When Brian gets out of jail, I can see all these positive things still being here for him - along with the negative ones gone.  I personally would be willing to help Brian obtain a job.  His kids would love to grow up with a daddy in their lives.  His mom is someone that really needs her only son in her life.

I write this letter to plead for his life.  Take it from someone who has seen the good and bad in him.  I know he will be sitting in there (jail) thinking about what he did wrong for a few more years, but the Brian I know, will be the Brian that can contribute positively outside the walls.

Thank you for your time.

Sincerely,

Brandon Murio



Jonathan Gray
815 Union, Apt#3
Brooklyn NY, 11215

April 2, 2008

U.S. District Court
1 Courthouse Way
Boston, MA 02210
Judge: Honorable Joseph Tauro

**Re: Brian D. Waters (93432-011)**

To the Honorable Judge Tauro,

I've known Brian D. Waters since I was 11 years old. We met when while in sixth grade. Even then, he was a jovial kid, always making jokes and friends. He was witty and popular, if not sometimes the class clown. We shared the same class that entire year; Brian always seemed to be smiling.

I moved around a lot at that age, and had changed schools by the next year, so it wasn't for another decade or so until I saw Brian again. Still, the moment we re-introduced ourselves and recognized one another from grade school, it was as if a profound comfort level was immediately attained. He was still always smiling, still always making jokes, still witty and popular.

I've rarely come across another man that was so generous and understanding. I was almost baffled by how forgiving he was when we reconnected in our 20's. Not to say that I myself am a cold person, on the contrary, but he had a level of sympathy I think is largely unmatched by persons who grew up in his conditions, and in such a dense urban city. It was remarkable to me how easily he got along with most anyone from any walk of life. And never did it come across as disingenuous. He genuinely wanted to relate to people. It's no wonder he is so popular and well liked.

I had already moved to New York when Brian ran into his troubles with the law, but we had still talked frequently. He was my roommate in San Francisco when I left (where, I must add, he was respectful, clean, and paid his bills on time), and we had grown even closer as friends by then. It broke my heart to learn he was in such a dire circumstance, and that his bid would be for such a lengthy stretch of time. If there was one person I didn't think deserve such an extended sentence it was him. Brian isn't perfect, none of us are, but he is definitely harmless, and by no means a threat to society. He is entirely aware of his fault, and isn't one to make the same mistake twice.

When we write each other he always seems to be keeping a positive face, hoping he will be free soon, and eager to hear about what I have been doing. He isn't bitter, he isn't angry; he is just doing his time and praying for the best.

I wholeheartedly ask the Court to reconsider his sentence. Brian Waters is, beyond the shadow of a doubt, a very good person. I truly believe he will make nothing less than a most positive impact on society once free. It just doesn't seem fair that such a genuinely nice individual should have to spend so long in a prison. Brian may have committed a crime, but he is in no way a criminal, and I do believe he has severe remorse for his actions.

If you have any questions or concerns, please feel free to call me. 917 279 1427

Sincerely,

Jonathan K. Gray

April 8, 2008

Honorable Judge Joseph Taruo,

My name is Richard Yick I am currently employed as Police Officer within the State of California. I have been so employed for nearly seven years. This letter is directed to you for the purposes of considering Brian Waters for a slightly mitigated sentence.

It goes without saying that based on my chosen profession; I have the utmost respect for the laws of this State, Federal Statues, and Municipal Codes. I consider these laws not only to be a guideline for my profession but a standard that should be met by all citizenry. In the course of my employment, I have seen countless people make habitual mistakes and the recidivism rate in these people that I deal with is extremely high.

In contrast, I also believe in rehabilitation and second chances. I believe this because I am a product of a second chance. When an individual shows that they have learned from a negative situation they put themselves into and have rectified that situation, an opportunity at a lesser-mitigated sentence is reasonable.

I have known Brian Waters in excess of thirteen years and I cannot think of a person more deserving of another chance than he. Mr. Waters has exemplified respect, friendship, and goodwill toward others the entire time I have known him. Mr. Waters has always been a dear friend and has always been a kind willed person. Although I know that he has made grave mistakes, I am certain that when released Mr. Waters will steer clear of trouble. I know this because I will be right there to assist him every step of the way. In the past when I believed Mr. Waters was up to no good, I distanced myself from him because of my occupation. If Your Honor sees fit to release Mr. Waters with any consideration for a shorten sentence, I will be there as a support system for him. Mr. Waters has always been very charitable and kind-willed towards others. I have not known Mr. Waters to be an angry or rude person. Mr. Waters is the type of person who would do without in order for one to have. Mr. Waters loves his children immensely and it is them who truly suffer with Mr. Waters incarceration.

Although I am biased toward Mr. Waters, I would not consider writing a letter to the courts for someone that I did not feel has come full circle and learned from his mistakes. I express my request to the courts to strongly consider the timely release of Mr. Waters so that he could continue to grow in his endeavors and be a productive person in society.

Respectfully Submitted,

Richard Yick

# Neighborhood Baptist Church

October 6, 2005

Re:  Brian Watters
     93432-011

To Whom It May Concern:

I'm writing this letter on behalf of Mr. Brian Watters. I have known Brian for most of his life, since he was about 10 years old. I have seen him develop and mature from a youth to an adult.

The purpose of this letter is to offer my continual support for Brian, not only his pastor, but also as a member of his family (I am married to his cousin). I am aware of the situation and circumstances he is currently dealing with, and I am disappointed with the choices he has made. Nevertheless, I want to acknowledge the potential which remains dormant within him.

I'm very confident that with the proper guidance and mentoring, his potential will be brought out, and Brian will make a meaningful contribution not only to his community, but also to those whom he encounters.

It is very unfortunate today, that many African-Americans males have fallen prey to the myriad of issues plaguing our communities and nation. Yet, we cannot give up hope! And I have not given up hope on Brian.

Should you have any questions, please feel free to contact me.

Sincerely yours,

Pastor Lane Hawkins
Neighborhood Baptist Church

608 Hayes Street San Francisco, CA 94102
Phone: 415.621.8748
Fax:   415.621.2214

Celebrating His Presence - Sharing His Love - Educating His People - Enlarging His Kingdom