1  situated to other defendants.  In this case, setting aside the
2  Boston matter, what he's charged with and what he was convicted
3  of was one sale to a confidential informant, the half-pound
4  sale of crystal methamphetamine for $6500.  So I don't think
5  that a 10-year sentence for Mr. Waters, who has sustained four
6  prior misdemeanor convictions, and the fact that this one sale
7  is different from other defendants in narcotics cases that I've
8  prosecuted.
9           THE COURT:  Well, I understand your position with
10 respect to what the defendant pled guilty to.
11          MS. HUNTER:  Right.
12          THE COURT:  But the presentence report, which again,
13 the facts of which are not contested, says in Paragraph 6 that
14 a confidential informant was purchasing one pound per month
15 from the defendant of Ice.  That the defendant is a dealer of
16 multi pound quantities of meth.  That's Paragraph 5.  And at
17 the time the defendant was arrested, a loaded .45 caliber
18 pistol was found under his bed, scales, cash.  Are you
19 characterizing this defendant as a low level dealer?
20          MS. HUNTER:  Well, your Honor, I think he is a --
21 would be characterized as a street level dealer.  I wouldn't
22 characterize him as someone who was a leader organizing other
23 individuals or running a drug trafficking organization.  I do
24 acknowledge that there was another individual who was in the
25 Boston case, Mr. Washington, and it appears at least in that