**Dear Judge,**

This letter is to introduce you to my son Brian Waters. Brian is an only child. His father left us when Brian was 3 years old. He was a skinny child who was picked on by this one boy and his brother in the neighborhood. This boy would turn off the lights on the side of the house when I went to school at night so that Brian would come out so he could beat him up, so I had to quit school. He did not have much when he was growing up. I remember how he wanted some tennis shoes that cost $79.00 like the other kids, but I could not afford them. I'm telling you this so I can let you know when I went to the house after Brian was taken to jail in his closet was at least 50 pair of expensive tennis shoes or more. Brian was brought up in the church from the time he was born, he knows what he did was wrong. And he tells me every time he calls me that he asks the Lord for forgiveness every day. Brian was a hard working person he made sure he took care of both of his children. He was always helping his family and others, people love him. The church is praying for him and supports him. I have been sick since 1998 with fibromyalgia (severe pain over my whole body) and Brian has always tried to help me. He tells me that when he gets out he will take care of me in my old age. I am now 67 years old. His family (wife, mother, aunts, uncles, cousins, very close friends) cannot wait for him to come home. Brian's father pass away while he was in jail. Just before he went to jail he had started contacting his father he wanted to help him. (his father was on drugs).

Sincerely,

Beatrice Waters