UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | **CRIMINAL INFORMATION** |
| **V.** | ) | **NO. 04-10084 JLT** |
| | ) | |
| **BRIAN DICKIE WATERS** | ) | |

**DEFENDANT BRIAN DICKIE WATERS' OBJECTIONS TO PRESENTENCE REPORT**

Now comes the Defendant in the above-captioned matter and submits objections to the Presentence Report. The defendant states that his counsel had prepared objections that, through inadvertence, were not timely forwarded to US Probation. US Probation has advised the undersigned that, "it is too late to amend the PSR since sentencing is tomorrow."

The objections prepared by counsel are as follows:

Paragraph 33: Defendant objects to the specific offense category that assesses a two-level upward adjustment relative to a firearm pursuant to §2D1.1(b)(1) on the grounds the firearm was previously argued and considered as part of the defendant's sentencing hearing on May 18, 2006 before the US District Court for the Northern District of California, White, J. A copy of the sentencing transcript is attached. The defendant attaches as **Exhibit 1** a copy of the Transcript of Sentencing Hearing from the Northern District of California, particularly pages 12-14**.**

Respectfully submitted,

*/S/ William M. White, Jr.*
WILLIAM M. WHITE, JR.
BBO#: 546283
William M. White, Jr. and Associates, LLC
One Faneuil Hall Marketplace, 3rd Floor
Boston, MA  02109
(617) 720-2002

**Dated:  July 7, 2008**