UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | CRIMINAL INFORMATION |
| V. | ) | NO.  04-10084 JLT |
| | ) | |
| BRIAN DICKIE WATERS | ) | |

**DEFENDANT BRIAN DICKIE WATERS' REPLY TO**
**GOVERNMENT'S OPPOSITION TO MOTION PURSUANT TO RULE 35 TO CORRECT SENTENCE**

The government's opposition correctly notes that United States v. Ramirez did not reach the Rule 5G1.3 issue.  The government neglected *United States v. Rivers*, 529 F.3d 119 (2d Cir. 2003), which address the issue before the court.  In allowing the so-called variance and addressing the government's argument that the sentence would negate the mandatory minimum  sentence, the *Rivers* court noted:  "A rule that, without any underlying rationale or congressional direction, would disallow adjustments for some statutes while allowing them for others, 'would frustrate the concurrent sentencing principles mandated by other statutes."  *Id*. at 123 *citing United States v. Kiefer*, 20 F.3d 874, 877 (8th Cir. 1994).

*Drake*, 49 F.3d 1438 (1995)  as cited by the government also relied on *Kiefer*  in a case where the defendant was serving a state prison sentence and sought credit for his mandatory minimum federal sentence utilizing 5G1.3 and the court noted that to apply the guidelines, "sentencing courts must incorporate the Sentencing Guidelines into the ultimate sentence imposed. . . . .we construe 18 U.S.C. §924(e)(1) to require the court to credit Drake with time served in state prison."  *Id*. at 1441.

The government's position asks the court to ignore the overall scheme of the guidelines.  5G1.3 does not circumvent mandatory sentences.  It merely allows the court to

2

take into consideration the entire circumstances of the defendant as required under 18 U.S.C.

3553.  Had Congress intended to exempt mandatory sentences from such consideration, it

would have done so.



                                                  Respectfully submitted,

                                                  */S/ William M. White, Jr.*
                                                  WILLIAM M. WHITE, JR.
                                                  BBO#:  546283
                                                  William M. White, Jr. and Associates, LLC
                                                  One Faneuil Hall Marketplace, 3rd Floor
                                                  Boston, MA   02109
                                                  (617) 720-2002

**Dated:  July 11, 2008**