APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10084-JLT-1

| | |
|---|---|
| Case title: USA v. Waters et al | Date Filed: 03/26/2004 |
| Magistrate judge case number: 1:04-mj-01036-JGD | Date Terminated: 07/31/2008 |

Assigned to: Judge Joseph L. Tauro

### Defendant (1)

**Brian Waters**  represented by **William M. White, Jr.**
*TERMINATED: 07/31/2008*                       Law Offices of William M. White, Jr.
                                                and Associates
                                                One Fanueil Hall Marketplace
                                                3rd Floor
                                                Boston, MA 02109-1649
                                                617-720-2002
                                                Fax: 617-723-5600
                                                Email: wmw@libertychamp.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: CJA Appointment*

### Pending Counts

21:846-CONSPIRACY TO DISTRIBUTE, AND TO POSSESS WITH INTENT TO DISTRIBUTE, METHAMPHETAMINE
(1)

21:841 (a)(1)-POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF METHAMPHETAMINE; 18 UNITED STATES CODE, SECTION 2- AIDING AND ABETTING
(2)

### Disposition

Sentence Imposed: 68 months, to run concurrent; 5 years supervised release; $200 special assessment; no fine. This sentence to run concurrent to 04-CR-0107-JSW, northern District of California. SO ORDERED.

Sentence Imposed: 68 months, to run concurrent; 5 years supervised release; $200 special assessment; no fine. This sentence to run concurrent to 04-CR-0107-JSW, northern District of California. SO ORDERED.

### Highest Offense Level (Opening)

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:846=CD.F, 21:841A=CD.F Dft. did knowlingly and intentionally engage in a conspiracy to distribute, and to possess with intent to distribute, 500 or more grams of a mixture or substance containing a detectable amount of methamphetamine, a schedule III controlled substance

**Disposition**

Sentence Imposed: 68 months, to run concurrent; 5 years supervised release; $200 special assessment; no fine. This sentence to run concurrent to 04-CR-0107-JSW, northern District of California. SO ORDERED.

**Plaintiff**

**USA**   represented by   **Cynthia W. Lie**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3183
*TERMINATED: 08/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Rue**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3260
Fax: 617-748-3967
Email: nancy.rue@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra S. Bower**
United States Attorney's Office
1 Courthouse Way
Suite 9200

Boston, MA 02210
617-748-3184
Fax: 617-748-3965
Email: Sandra.Bower@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Weinreb**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 900
Boston, MA 02210
617-748-3222
Fax: 617-748-3358
Email: william.weinreb@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2004 | 1 | MOTION to Seal Case as to Brian Waters, Detrick Washington by USA. (Smith3, Dianne)[1:04-mj-01036-JGD] (Entered: 03/16/2004) |
| 03/12/2004 | 2 | SEALED COMPLAINT as to Brian Waters (1), Detrick Washington (2). (Smith3, Dianne)[1:04-mj-01036-JGD] (Entered: 03/16/2004) |
| 03/12/2004 | | Arrest Warrant Issued as to Brian Waters. (Smith3, Dianne)[1:04-mj-01036-JGD] (Entered: 03/16/2004) |
| 03/12/2004 | 3 | AFFIDAVIT of Shawn A. Murray by USA as to Brian Waters, Detrick Washington 2 Complaint (Sealed) (Smith3, Dianne)[1:04-mj-01036-JGD] (Entered: 03/16/2004) |
| 03/17/2004 | 4 | MOTION to Unseal Case as to Brian Waters, Detrick Washington by USA. (Diskes, Sheila)[1:04-mj-01036-JGD] (Entered: 03/26/2004) |
| 03/17/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 4 Motion to Unseal Case as to Brian Waters (1), Detrick Washington (2) (Diskes, Sheila)[1:04-mj-01036-JGD] (Entered: 03/26/2004) |
| 03/17/2004 | | Case unsealed as to Brian Waters, Detrick Washington (Diskes, Sheila) [1:04-mj-01036-JGD] (Entered: 03/26/2004) |
| 03/25/2004 | 5 | INDICTMENT as to Brian Waters (1) count(s) 1, 2, Detrick Washington (2) count(s) 1, 2, Scott Holyoke (3) count(s) 1, 2. (Diskes, Sheila) (Entered: 03/26/2004) |
| 03/25/2004 | 6 | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: PRETRIAL as to Brian Waters, Detrick Washington, Scott Holyoke (Diskes, Sheila) |

| | | |
|---|---|---|
| | | (Entered: 03/26/2004) |
| 11/03/2004 | 29 | Joint MOTION to Continue *status conference* to January 5, 2005 as to Brian Waters, Detrick Washington, Scott Holyoke by USA, Detrick Washington, Scott Holyoke. (Weinreb, William) (Entered: 11/03/2004) |
| 03/11/2005 | 36 | NOTICE OF ATTORNEY APPEARANCE Cynthia W. Lie appearing for USA. (Abaid, Kim) (Entered: 03/14/2005) |
| 08/04/2005 | 47 | NOTICE OF ATTORNEY APPEARANCE Nancy Rue appearing for USA. *Notice of Appearance* (Rue, Nancy) (Entered: 08/04/2005) |
| 08/04/2005 | 48 | NOTICE of Withdrawal of Appearance in case as to Brian Waters, Detrick Washington, Scott Holyoke. Attorney William D. Weinreb terminated. (Lie, Cynthia) (Entered: 08/04/2005) |
| 08/16/2005 | | Electronic notice of correction to docket made by Court staff as to Brian Waters, Detrick Washington, Scott Holyoke. AUSA Cynthia Lie's notice of withdrawal of appearance filed on 8/4/05 incorrectly terminated AUSA Weinreb's appearance. Atty Lie is now terminated, and attorney Weinreb is active in this case. (Hurley, Virginia) (Entered: 08/16/2005) |
| 01/24/2006 | | ELECTRONICNOTICE OF HEARING as to Brian Waters, Detrick Washington, Scott HolyokePretrial Conference set for 2/6/2006 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 01/24/2006) |
| 02/06/2006 | | ELECTRONICNOTICE OF HEARING as to Brian Waters, Detrick Washington, Scott HolyokeHearing set for 2/13/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 02/06/2006) |
| 02/26/2007 | 73 | NOTICE - Demand for Final Disposition - by Brian Waters (Abaid, Kim) (Entered: 02/27/2007) |
| 06/29/2007 | 75 | NOTICE OF ATTORNEY APPEARANCE Sandra S. Bower appearing for USA. (Bower, Sandra) (Entered: 06/29/2007) |
| 08/09/2007 | 76 | MOTION for Status Conference re 73 Notice (Other) as to Brian Waters, Detrick Washingtonby USA. (Bower, Sandra) (Entered: 08/09/2007) |
| 08/10/2007 | 78 | MOTION for Writ of Habeas Corpus ad prosequendum as to Brian Watersby USA. (Attachments: # 1)(Bower, Sandra) (Entered: 08/10/2007) |
| 08/16/2007 | | Judge Judith G. Dein : Electronic ORDER entered granting 78 Motion for Writ of Habeas Corpus ad prosequendum as to Brian Waters (1) (Quinn, Thomas) (Entered: 08/16/2007) |
| 08/16/2007 | 79 | Writ of Habeas Corpus ad Prosequendum Issued as to Brian Waters for 9/20/07 (Quinn, Thomas) (Entered: 08/16/2007) |
| 09/20/2007 | | Attorney update in case as to Brian Waters. Attorney William M. White, Jr for Brian Waters added. (Quinn, Thomas) (Entered: 09/21/2007) |
| 09/20/2007 | | Electronic Clerk Notes for proceedings held before Judge Judith G. Dein : |

| | | |
|---|---|---|
| | | Initial Appearance and Arraignment as to Brian Waters held on 9/20/2007, Plea entered by Brian Waters (1) Count 1,2. by Brian Waters Not Guilty on counts all. AUSA Kearney and Attorney White (CJA Duty) for the dft.; USMJ Dein informs the dft. of his rights and charges; Dft. submits cja 23 form and requests counsel; Attorney White is appointed; Govt. moves for detention and continuance until detention issue becomes ripe, Dft. is serving a federal sentence. 1st conference is set for 11/1/07 @ 2:30pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 09/21/2007) |
| 09/20/2007 | 80 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to Brian Waters Status Conference set for 11/1/2007 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 09/21/2007) |
| 09/20/2007 | 81 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Brian Waters Time excluded from 9/20/07 until 10/18/07. (Quinn, Thomas) (Entered: 09/21/2007) |
| 10/25/2007 | 82 | JOINT MEMORANDUM of the parties re initial status conference by Brian Waters (Bower, Sandra) (Entered: 10/25/2007) |
| 11/01/2007 | | Electronic Clerk Notes for proceedings held before Judge Judith G. Dein : Status Conference as to Brian Waters held on 11/1/2007. AUSA Bowers and Attorney White report case status and seek further conference for 12/18/07 @ 2:30pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 11/01/2007) |
| 11/01/2007 | | Set/Reset Hearings as to Brian Waters: Further Conference set for 12/18/2007 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Abaid, Kimberly) (Entered: 11/01/2007) |
| 11/01/2007 | 83 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Brian Waters Status Conference set for 12/18/2007 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 11/02/2007) |
| 11/01/2007 | 84 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Brian Waters Time excluded from 11/1/07 until 12/18/07. (Quinn, Thomas) (Entered: 11/02/2007) |
| 12/17/2007 | 85 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Brian Waters (Bower, Sandra) (Entered: 12/17/2007) |
| 12/18/2007 | | Electronic Clerk Notes for proceedings held before Magistrate Judge Judith G. Dein: Status Conference as to Brian Waters held on 12/18/2007. AUSA Bower and Attorney White report discovery is complete and ripe to be sent to the distrcit court. USMJ Dein will issue report and return file. (Court Reporter DR.) (Quinn, Thomas) (Entered: 12/19/2007) |
| 12/18/2007 | 86 | Magistrate Judge Judith G. Dein: ORDER entered. FINAL STATUS REPORT as to Brian Waters (Quinn, Thomas) (Entered: 12/19/2007) |
| 12/19/2007 | | Judge update in case as to Brian Waters. Judge Magistrate Judge Judith G. Dein no longer assigned to case. (Quinn, Thomas) (Entered: 12/19/2007) |

| | | |
|---|---|---|
| 01/18/2008 | | ELECTRONIC NOTICE OF HEARING: as to Brian Waters, Detrick Washington Pretrial Conference set for 1/29/2008 11:45 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 01/18/2008) |
| 01/28/2008 | | ELECTRONIC NOTICE OF RESCHEDULING as to Brian Waters Change of Plea Hearing set for 2/4/2008 10:00 AM in Courtroom 22 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 01/28/2008) |
| 02/04/2008 | | Electronic Clerk Notes for proceedings held before Judge Joseph L. Tauro: Change of Plea Hearing as to Brian Waters held on 2/4/2008. Deft. enters plea of Guilty to counts 1 and 2. Sentencing set for April 8th, 2008 at 2:15p.m. (Court Reporter Carol Scott.)(Attorneys present: Bower, AUSA; White,deft.) (Lovett, Zita) Modified on 2/5/2008 (Abaid, Kimberly). (Entered: 02/04/2008) |
| 02/04/2008 | | ELECTRONIC NOTICE OF HEARING as to Brian Waters Sentencing set for 4/8/2008 02:15 PM in Courtroom 22 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 02/04/2008) |
| 02/05/2008 | 87 | Judge Joseph L. Tauro: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Brian Waters Sentencing set for 4/8/2008 02:15 PM in Courtroom 22 before Judge Joseph L. Tauro. (Lovett, Zita) Modified on 2/6/2008 (Abaid, Kimberly). (Entered: 02/05/2008) |
| 04/08/2008 | | ELECTRONIC NOTICE CANCELING HEARING OR OTHER DEADLINE as to Brian Waters. Hearing or Other Deadline canceled: Sentencing hearing set for 4/8/2008 is canceled at Counsel's oral request, a motion is to be filed. (Lovett, Zita) (Entered: 04/08/2008) |
| 04/08/2008 | 90 | MOTION to Continue as to Brian Waters. (Abaid, Kimberly) (Entered: 04/08/2008) |
| 04/11/2008 | 91 | Ex Parte MOTION for Investigative Funds *to Hire Chemist* as to Brian Waters. (White, William) (Entered: 04/11/2008) |
| 05/12/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered granting 90 Motion to Continue as to Brian Waters (1) (Lovett, Zita) (Entered: 05/12/2008) |
| 05/13/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered 91 Motion for Funds To Hire Chemist as to Brian Waters (1) is ALLOWED. (Abaid, Kimberly) (Entered: 05/14/2008) |
| 06/11/2008 | | ELECTRONIC NOTICE OF HEARING as to Brian Waters Sentencing set for 7/8/2008 11:00 AM in Courtroom 22 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 06/11/2008) |
| 07/02/2008 | 96 | SENTENCING MEMORANDUM by Brian Waters (Attachments: # 1 Exhibit N.D.Cal. Sentencing Hearing Transcript, # 2 Exhibit Certificates, # 3 Exhibit Letters of Support)(White, William) (Additional attachment(s) added on 7/8/2008: # 4 Copy of Full Sentencing Transcript) (Abaid, Kimberly). (Entered: 07/02/2008) |
| 07/02/2008 | 97 | AMENDED DOCUMENT Amendment to 96 Sentencing Memorandum *Exhbit #1 N.D.Cal. Sentencing Hearing Transcript Page 10* as to Brian |

| | | |
|---|---|---|
| | | Waters: (White, William) (Entered: 07/02/2008) |
| 07/07/2008 | 98 | AMENDED DOCUMENT Amendment to 96 Sentencing Memorandum *#2 - Letter re: Sentencing* as to Brian Waters: (White, William) Modified on 7/7/2008 (Abaid, Kimberly). (Entered: 07/07/2008) |
| 07/07/2008 | 99 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Brian Waters (Attachments: # 1 Exhibit N.D. Cal Sentencing Hearing Transcript Pages 12 - 14)(White, William) (Entered: 07/07/2008) |
| 07/08/2008 | | Electronic Clerk Notes for proceedings held before Judge Joseph L. Tauro: Hearing re: sentencing as to Brian Waters held on 7/8/2008. A further hearing will be scheduled on rule 35 motion. (Court Reporter Carol Scott.) (Attorneys present: Bower,AUSA; White,deft.) (Lovett, Zita) (Entered: 07/15/2008) |
| 07/08/2008 | | Electronic Clerk Notes for proceedings held before Judge Joseph L. Tauro: Sentencing held on 7/08/2008, amended, after filing of rule 35 motion, for Brian Waters (1), 1, 2, Sentence Imposed: 68 months, to run concurrent; 5 years supervised release; $200 special assessment; no fine. This sentence to run concurrent to 04-CR-0107-JSW,northern District of California. RULE 35 MOTION. SO ORDERED... (Court Reporter Carol Scott.) (Lovett, Zita) Modified on 8/4/2008 (Abaid, Kimberly). (Entered: 08/01/2008) |
| 07/10/2008 | 100 | MOTION to Correct *Pursuant to Fed. R.Crim. P. 35* as to Brian Waters. (White, William) (Entered: 07/10/2008) |
| 07/11/2008 | 101 | Opposition by USA as to Brian Waters re 100 MOTION to Correct *Pursuant to Fed. R.Crim. P. 35* (Bower, Sandra) (Entered: 07/11/2008) |
| 07/11/2008 | 102 | REPLY TO RESPONSE to Motion by Brian Waters re 100 MOTION to Correct *Pursuant to Fed. R.Crim. P. 35 Opposition Filed by Government* (White, William) (Entered: 07/11/2008) |
| 07/30/2008 | 104 | Judge Joseph L. Tauro: ORDER entered. MEMORANDUM and ORDER OF SENTENCING HEARING as to Brian Waters. (Lovett, Zita) Modified on 7/30/2008 (Abaid, Kimberly). (Entered: 07/30/2008) |
| 07/30/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered granting 100 Motion to Correct as to Brian Waters (1) (Lovett, Zita) (Entered: 08/01/2008) |
| 07/31/2008 | 105 | Judge Joseph L. Tauro: ORDER entered. JUDGMENT as to Brian Waters (1), Sentence Imposed: 68 months, to run concurrent; 5 years supervised release; $200 special assessment; no fine. This sentence to run concurrent to 04-CR-0107-JSW,northern District of California. SO ORDERED.; Count (s) 1, 2, Sentence Imposed: 68 months, to run concurrent; 5 years supervised release; $200 special assessment; no fine. This sentence to run concurrent to 04-CR-0107-JSW,northern District of California. SO ORDERED. (Lovett, Zita) (Additional attachment(s) added on 8/1/2008: # 1 Main Document) (York, Steve). Modified on 8/28/2008 (Abaid, Kimberly). (Entered: 08/01/2008) |
| 08/12/2008 | 109 | NOTICE OF APPEAL by USA as to Brian Waters re 105 Judgment,, Order on Motion to Correct. NOTICE TO COUNSEL: A Transcript Report/Order |

| | | |
|---|---|---|
| | | Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/1/2008. (Bower, Sandra) (Entered: 08/12/2008) |