# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10084

United States of America

v.

Brian Waters

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-6, 29, 36, 47, 48, 73, 75, 76, 78-87, 90, 91, 96-100, 101, 102, 104, 105, 109
No Sealed Documents

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/12/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 29, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 09/08/08

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 08-2135

- 3/06